IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEDAWN GIBSON,**

   *Plaintiff*,

v.                                                 **CASE NO.: 4:19cv512-MW/MAF**

**FLORIDA A&M UNIVERSITY
BOARD OF TRUSTEES,**

   *Defendant*.

_____/

## ORDER FOR DISMISSAL

The Mediator has filed his Mediation Report, indicating that "[a]ll issues have been resolved." ECF No. 54. Accordingly,

**IT IS ORDERED:**

1. The parties must comply with their settlement agreement.

2. All claims other than for enforcement of the settlement agreement are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

3. Jurisdiction is retained to enforce the order to comply with the settlement agreement.

4. The Clerk must enter judgment stating, "The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order

to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

5. The trial scheduled for May 17, 2021 is cancelled and all deadlines associated with the trial are cancelled.

6. The Clerk must close the file.

7. A party who objects to the terms of this order or the judgment to be entered based on this order must file a timely motion to alter or amend under Federal Rule of Civil Procedure 59(e).

**SO ORDERED on November 10, 2020.**

                                      **s/Mark E. Walker**
                                      **Chief United States District Judge**